# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TYLER S. PENEAUX,<br><br>　　　　　Defendant. | 8:06CR241<br><br>**SCHEDULING ORDER** |

　　　IT IS ORDERED that the following is set for hearing on **October 11, 2006** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

　　　- Motion to Suppress Evidence [23] filed by the defendant

　　　Since this is a criminal case, the defendant must be present, unless excused by the Court.

　　　DATED this 22nd day of August, 2006.

　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　United States Magistrate Judge